AO 93 (Rev. 11/13) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
District of South Carolina

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>User Account: greeksword9@gmail.com<br>located on the servers of Dropbox, Inc., 1800 Owens<br>Street, Suite 200, San Francisco, California 94158 | )<br>)<br>)   Case No.   6:20-cr-00341<br>)<br>)<br>) |

## SEARCH AND SEIZURE WARRANT

To:   Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____ District of _____South Carolina_____
*(identify the person or describe the property to be searched and give its location)*:

See Attachment A.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B.

**YOU ARE COMMANDED** to execute this warrant on or before _____May 29, 2020_____ *(not to exceed 14 days)*
☐ in the daytime 6:00 a.m. to 10:00 p.m.     ☒ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to _____Kevin F. McDonald, U.S. Magistrate Judge_____ .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____ .

Date and time issued:  May 15, 2020 10:20 a.m.    _____
                                                                                  *Judge's signature*

City and state:   Greenville, SC                          Kevin F. McDonald, U.S. Magistrate Judge
                                                                                  *Printed name and title*

AO 93 (Rev. 01/09) Search and Seizure Warrant (Page 2)

| Return |||
|---|---|---|
| Case No.: | Date and time warrant executed: 5/15/2020  13:26 | Copy of warrant and inventory left with: Emailed to DropBox Legal Compliance |
| Inventory made in the presence of : |||
| Inventory of the property taken and name of any person(s) seized: DropBox Legal Compliance Complied with Warrant on June 04, 2020 with the following information: <br><br> ① User metadata for Account <br> ② File data stored and deleted for Account <br><br> ———— END ———— |||

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 6/4/20

Executing officer's signature

Daniel Cutts, HSI Special Agent
Printed name and title

## ATTACHMENT A

### DESCRIPTION OF LOCATION TO BE SEARCHED

The Dropbox, Inc. account greeksword9@gmail.com that is stored at premises owned, maintained, controlled or operated by:

Dropbox, Inc.

1800 Owens Street, Suite 200

San Francisco, California 94158

## ATTACHMENT B

## PARTICULAR ITEMS TO BE SEIZED
## INFORMATION TO BE DISCLOSED BY DROPBOX, INC.

1. To the extent that the information described in Attachment A is within the possession, custody or control of Dropbox, Inc., hereinafter referred to as The Provider, regardless of whether such information is stored, held, or maintained inside or outside of the United States, and including any records, files, logs or information that has been deleted but still available to The Provider or has been preserved pursuant to a request made under 18 U.S.C. § 2703(f), The Provider is required to disclose the following information to the Government for each account, or identifier, listed in Attachment A.

2. All records or other information regarding the identification of the account and the types of service utilized, to include full name, physical address, telephone numbers and other identifiers, records of session times and durations, the date on which the account was created, the length of service, the IP address used to register the account, log-in IP addresses associated with session times and dates, account status, alternative email addresses provided during registration, methods of connecting, log files and means and source of payment (including any credit or bank account numbers), if applicable; records of session times and durations, types of service utilized, address books, contact and buddy lists, calendar data, pictures and files, all records pertaining to communications between The Provider and any person regarding this account, including contacts with support services and records of actions taken;

3. All multimedia files, in any format, pertaining to the possession, receipt, or distribution of child pornography as defined in 18 U.S.C.§ 2256(8) or to the possession,

21

receipt, or distribution of visual depictions of minors engaged in sexually explicit conduct as defined in 18 U.S.C.§ 2256(2).

4.  All information related to other accounts associated with this account as a result of referrals or otherwise being a collaborator or contact.

5.  All information related to bookmarks or newsgroup information related to this user account.

6.  All information related to communications and/or correspondence with other subjects that may be stored in the user account.

7.  All information related to information found in the Attachment folder within the user account as well as any information related to instant messaging that may be stored in the user account.

8.  All Metadata information related to the user account.